To whom it may concern;                    3-16-15

16,1670-06

My name is Lamar Lovett #1687455. I am writing you in referance unto your order from the Court of Criminal Appeals to have the 299th District Court of Travis CO, Resolve their Designated Issues within 90 days. Also that if they could not Resolve the Designated Issues to see if the Defendant was indigent.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

If so to Appoint an Attourney by Any means cited In 11.07 §3(d) Tex Code of Criminal Procedure and 26.04. The District Court did Appoint an Attourney to Represent me. Her name Is Chantal M Eldridge. I have Contacted both the district court and my Attourney. Neither of them have contacted me about my case. The 90 day time limit has expired to have these issues resolved and I have not been notified of any extensions of time to resolve the District Court 299's Designated Issues. In any way it goes District Court 299 is In Default of the Court of Criminal Appeals order to have the Designated Issues Resolved. I Ask that the Court of Criminal Appeals Rule accordingly as the order was filed November 19th 2014 there is also a 120 day order for the findings of fact and conclusion of Law has not been followed by the District Court 299 either. your Attendion to this is Greatly appreciated

Thank you          Lamar Lovett

28p? Beeville 30015 Emily pn